November 17, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

HUGH FORREST, Appellant

NO. 14-14-00257-CV                                V.

TECHNICAL AND GENERAL GUARANTY CO., S.A., Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 1, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Hugh Forrest.

We further order this decision certified below for observance.